DAVID GRIFFIN, Respondent, *v.* GEORGE K. OTIS, Appellant.

(Submitted February 6, 1886 ; decided March 2, 1886.)

*Archibald S. Sessions* for appellant.

*Samuel E. Fairfield* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

CHARLES S. GRIFFIN, Respondent, *v.* CORNELIA C. GRAY et al., Appellants.

(Argued February 5, 1886 ; decided March 2, 1886.)

*J. W. Rayhill* for appellants.

*C. D. Prescott* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.